IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| **JASON HARLAN**<br>**ADC #553034** | **PLAINTIFF** |
| v. | Case No. 5:18-cv-00167-KGB/JTR |
| **SUSAN POTTS, Administration Department,**<br>**Drew County Jail;** *et al.* | **DEFENDANTS** |

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 10). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 10). Accordingly, the Court dismisses without prejudice plaintiff Jason Harlan's complaint (Dkt. No. 2). Because Mr. Harlan failed to file a prisoner calculation sheet completed by an authorized prison official, the Court denies Mr. Harlan's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith. Judgment shall be entered accordingly.

So ordered this 16th day of July, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge