**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JASON HARLAN**
**ADC #553034**                                                                                          **PLAINTIFF**

**v.**                                     **Case No. 5:18-cv-00167-KGB/JTR**

**SUSAN POTTS, Administration Department,**
**Drew County Jail;** *et al.*                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Jason Harlan's complaint is dismissed without prejudice.

So adjudged this the 16th day of July, 2019.

_____

Kristine G. Baker
United States District Judge